**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION**

| | |
|---|---|
| Jeanie P. Smart, <br><br> Plaintiff, <br><br> vs. <br><br> Mentor Worldwide LLC, <br><br> Defendant. | Case No. 8:16-cv-03066-MGL <br><br><br> **ORDER EXTENDING** <br> ***DE BENE ESSE* DEPOSITION** <br> **DEADLINE** |

The parties in the above-referenced action have moved the Court for an Order extending the deadline to complete *de bene esse* depositions. Specifically, they have asked the Court to extend the deadline to complete the *de bene esse* deposition of Dr. Fernandez to 30 days after the trial date has been determined and set by the Court. For good cause shown, the Court grants the parties' request.

IT IS SO ORDERED.


May 2, 2017  
Columbia, South Carolina

        s/Mary Geiger Lewis  
MARY GEIGER LEWIS  
UNITED STATES DISTRICT JUDGE